# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

_____

Counsel presenting oral argument
should appear in person at the Clerk's
Office NO LATER THAN 8:30 A.M.
on the day of the hearing

Clerk's Office
56 Forsyth Street, N.W.
Atlanta, Georgia 30303
(404) 335-6131

HEARING LOCATION

Courtroom 339
Elbert P. Tuttle United States Court of Appeals Building
56 Forsyth Street, N.W.
ATLANTA, GEORGIA

COURT CONVENES AT 9:00 A.M.
(unless otherwise shown)

DAVID J. SMITH
Clerk of Court
United States Court of Appeals
for the Eleventh Circuit
(404) 335-6100

_____

The court has determined that the cases listed below are to be orally argued not to exceed **fifteen** minutes per side.  Argument time for those cases marked **\*** will not exceed twenty minutes per side unless altered by the presiding judge.  Counsel for each party must present oral argument unless excused by the court for good cause shown.  The following cases are assigned for hearing on the following dates:

### TUESDAY, AUGUST 11, 2026

| | |
|---|---|
| 25-10834 | United States v. Allen Pendergrass, Appellant |
| 25-10154 | Charles Weems, IV, et al., Appellants v. Association of Related Churches, et al. |
| 25-11778 | Freddie Cagel, Appellee/Cross Appellant v. National Indemnity Company of the South, Appellant/Cross Appellee |
| 24-11799 | Ricky Johnson, Appellant v. Heather Turner, et al. |

### WEDNESDAY, AUGUST 12, 2026

| | |
|---|---|
| 25-10609 & 25-10611 | United States v. Thomas Addaquay, Appellant |
| 26-10419 | Chianne D., et al. v. Secretary for the Florida Agency for Health Care Administration, et al., Appellants |
| 25-11639 | Kirk Fields v. Kyle Howse, et al., Appellants |
| 25-11698 | Colleen McGuigan, Appellant v. Thomas Murray, et al. |

### THURSDAY, AUGUST 13, 2026

| | |
|---|---|
| 23-10653 | United States v. Jose Brown, Appellant |
| 25-12753 | Ranch Springs, LLC, Appellant v. Commissioner of Internal Revenue |
| 25-12624 | Beaverdam Creek Holdings, LLC, et al., Appellants v. Commissioner of Internal Revenue |
| 25-11382 | Andrew Filipowski, Appellant v. Commissioner of Internal Revenue |
| 25-11085 | J.L. Minerals, LLC, Appellant v. Commissioner of Internal Revenue |

### FRIDAY, AUGUST 14, 2026
### (COURT CONVENES AT 8:00 A.M.)

| | |
|---|---|
| 24-11785 | United States v. Carla Jackson, et al., Appellants |
| 25-12126 | Seabrook Property, LLC, Appellant v. Commissioner of Internal Revenue |
| 25-12050 | Alejandro Roche, Appellant v. TECO Energy, Inc., et al. |

**Counsel presenting oral argument on Friday, August 14, 2026, should appear in person at the Clerk's office no later than 7:30 a.m.**

# COUNSEL MUST REPORT TO THE CLERK'S OFFICE PRIOR TO 8:30 AM ON MORNING OF ORAL ARGUMENT (Tuesday-Thursday)

ATLANTA, GEORGIA
05/21/26 #22